```
 1  TREVOR L. ATKIN
    Nevada Bar No. 3133
 2  PAMELA L. McGAHA
    Nevada Bar No. 8181
 3  ATKIN WINNER & SHERROD
    1117 South Rancho Drive
 4  Las Vegas, Nevada 89102
    Phone (702) 243-7000
 5  Facsimile (702) 243-7059
    tatkin@awslawyers.com
 6  pmcgaha@awslawyers.com

 7  Attorneys for Redwood Fire and Casualty Insurance Company;
    Berkshire Hathaway Homestate Company
```

UNITED STATES DISTRICT COURT COUNTY

DISTRICT OF NEVADA

| | |
|---|---|
| OSBOURNE RENFROW, individually,<br><br>Plaintiff,<br><br>vs.<br><br>REDWOOD FIRE AND CASUALTY INSURANCE COMPANY; BERKSHIRE HATHAWAY HOMESTATE COMPANY, and DOES I through X, and ROE CORPORATIONS I through X, inclusive. | Case No. 2:12-cv-00632-GMN-VCF<br><br>SUBSTITUTION OF ATTORNEY |

The Defendant, Redwood Fire and Casualty Insurance Company; Berkshire Hathaway Homestate Company, hereby substitutes the law firm of **Atkin Winner & Sherrod**, as its attorneys in the above-entitled action in the place of the law firm of Thorndal Armstrong Delk Balkenbush & Eisinger.

DATED this 15 day of November, 2012.

_____
Lyndsay D. Speece, Representative of
Redwood Fire and Casualty Insurance
Company; Berkshire Hathaway Homestate
Company
Defendants

366005.DOCX

Page 1 of 2

We hereby agree to be substituted in the place of **Thorndal Armstrong Delk Balkenbush & Eisinger,** in the above-entitled action as attorneys for the Defendants, Redwood Fire and Casualty Insurance Company and Berhsire Hathaway Homestate Company.

DATED this 15 day of November, 2012.

ATKIN WINNER & SHERROD

Trevor L. Atkin
Nevada Bar No. 3133
Pamela L. McGaha
Nevada Bar No. 8181
1117 S. Rancho Drive
Las Vegas, Nevada 89102

We hereby agree to the substitution of **Atkin Winner & Sherrod** as attorneys for the Defendants, Redwood Fire and Casualty Insurance Company and Berkshire Hathaway Homstate Company, in the above-entitled action in our place and stead.

DATED this 2nd day of ~~November, 2012~~ January, 2013.

THORNDAL ARMSTRONG DELK
BALKENBUSH & EISINGER

/s/Craig R. Delk
Craig R. Delk
Nevada Bar No. 2295
1100 Bridger Avenue
Las Vegas, Nevada 89101

**ORDER**

IT IS SO ORDERED.

DATED: January 2, 2013.

UNITED STATES MAGISTRATE JUDGE